# United States Court of Appeals for the Fifth Circuit

---

No. 22-30422
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 18, 2023

Lyle W. Cayce
Clerk

BARBARA JOHNSON-LUSTER,

*Plaintiff—Appellant*,

*versus*

CHRISTINE WORMUTH, *Secretary of the Army*,

*Defendant—Appellee*.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-2235

---

Before SMITH, HIGGINSON, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:[*]

Barbara Johnson-Luster, a former employee of the U.S. Army Corps of Engineers, sued after having resigned, raising numerous employment-related claims under, *inter alia*, Title VII and the ADA. She alleged discriminatory conduct in the form of constructive termination, failing to promote, failing to accommodate her disability, unequal terms and conditions of employment, retaliation, and harassment based on race, color, sex, and national

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-30422

origin.

The parties consented, per 28 U.S.C. § 636(c), to having the matter determined by the magistrate judge sitting as the district court. After three years of proceedings, the court granted the Secretary's motion for summary judgment. The court carefully explored all of Johnson-Luster's contentions and explained its reasons in a detailed 30-page order, Docket No. 74, entered on March 14, 2022.

Johnson-Luster appeals *pro se.*

We have examined the briefs, pertinent parts of the record, and the applicable law. There is no reason to try to improve on the district court's comprehensive explication of the issues on appeal. The summary judgment is AFFIRMED, essentially for the reasons advanced by the district court. Johnson-Luster's motion for oral argument is DENIED.